IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL A., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, et al., <br><br> Respondents. | Case No. 26-cv-00629-SRB-DTS |

### ORDER

Before the Court is Petitioner Samuel A.'s ("Petitioner") Verified Petition for Writ of Habeas Corpus (the "Petition"). (Doc. #1.) The Respondents filed a Response, which states in part that "[t]he habeas petition in this matter has become moot. Petitioner challenges his immigration detention by U.S. Immigration and Customs Enforcement, but the agency has informed the undersigned counsel that Petitioner was released from custody on January 25, 2026." (Doc. #4, p. 1.) The deadline for Petitioner to file a reply brief was January 30, 2026, and a reply has not been filed.

Consequently, because Petitioner has been released from custody, it is hereby ORDERED that Petitioner's Verified Petition for Writ of Habeas Corpus (Doc. #1) is DENIED AS MOOT and WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2026